| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 0648 2:16CR00187 (1) |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Ohio Southern | Columbus |
| Emanuel Trejo-Gonzalez | NAME OF SENTENCING JUDGE | |
| | Michael H. Watson, U.S. District Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/30/2022 | TO 12/29/2027 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute Five Kilograms or More of Cocaine

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Ohio___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Wisconsin___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_July 21, 2023_
Date

_/s/ Michael H. Watson_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Wisconsin___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_August 9, 2023_
Effective Date

_/s/ James D. Peterson_
United States District Judge