

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF OHIO COLUMBUS DIVISION

**TREJO-GONZALEZ
EMANUEL**

-VS-                                                        CASE NO. 3:23-cr-00075

**UNITED STATES OF AMERICA
RESPONDENT./**

## MOTION FOR TERMINATION OF SUPERVISED RELEASE PURSUANT TO TITLE 18 U.S.C. 3583(e)(1)

**COMES NOW TREJO-GONZALEZ**, pro-se, and moves this Honorable Court to Terminate his Supervised Release pursuant to **Title 18 U.S.C. 3583(e)(1)**. Petitioner would ask this Honorable Court to review this petition with less stringent standards than formal pleadings drafted by professional Lawyers. See **Estelle v Gamble**, 429 U.S. 97, 106 (1976).

Petitioner would state that he has been on Supervised Release 12 months at this time. To this point, Petitioner has been very successful in his transition back into society. Petitioner has maintained stable employment and residence and has done all that is in accord with the conditions of supervised release and obeyed the laws of the State of Wisconsin and of the United States of America.

Petitioner understands that Congress has provided Supervised Release implemented "[a]s a unique method of post-confinement supervision invented by the Congress for a series of sentence reforms." **Gozlon-Peretz v United States**, 498 US 395, 407 (1991). Congress intended supervised release to Assist individuals in their transition to community life. Supervise release fulfills rehabilitative ends, distinct from those served by incarceration. See **18 U.S.C. 3553(a)(2)(D)**; United States Sentencing

-1-

Commission, Guidelines Manual 5D1.3(c), (d), (e) (Nov. 1998); see also S. Rep. No. 98-225, p 124 \(1983) (declaring that "the primary goal [of supervised release] is to ease the defendant's transition into the community after the service of a long prison term for a particularly serious offense, or to provide rehabilitation to a defendant who has spent a fairly short period in prison for punishment or other purposes but still needs supervision and training programs after release").

## TITLE 18 U.S.C. 3583(e)(1)

Petitioner moves this Honorable Court to consider terminating his term of supervised **release in** accord with Title **18 U.S.C. 3583(e)(1)**, for it provides that a trial court as it see fit "may terminate his supervised release obligations after one year of completed service." Petitioner would further move this Honorable Court to consider all the 3553(a) factors since imposition of petitioner's sentence. For the court may terminate an individual's supervised release obligations "at any time after the expiration of one year ... if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." **3583(e)(1)**.

## TITLE 18 U.S.C. 3553(a)

Petitioner moves this Honorable Court to consider petitioner's rehabilitation efforts.He has maintained active steady employment since February 2021. No criminal infractions while successfully completing drug screening program. Petitioner asks this court to confer with the USPO concerning conduct relating to this Petition.

WHEREFORE, petitioner moves this Honorable Court to Terminate Supervised Release in accord with all that has been disclosed herein in light of **United States v. Johnson**, 529 US 53, 59, 149 L Ed 2d 39, 120 S.Ct. 1114 (2000)

Respectfully Submitted,

/s/ _____
**EMANUEL TREJO-GONZALEZ, pro-se**

**Madison, Wisconsin 53704**

## CERTIFICATE OF SERVICE

**I EMANUEL TREJO-GONZALEZ, HEREBY CERTIFY**, that a true and correct copy of the foregoing has been sent to the US Attorney's Office.

DATE: 02/24/2024

/s/ _____
**EMANUEL TREJO-GONZALEZ, pro-se**

02/24/2024

**Madison, Wisconsin 53704**

-3-