IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

EMANUEL TREJO-GONZALEZ,

                Defendant.

ORDER

23-cr-75-jdp

---

Defendant Emanuel Trejo-Gonzalez moves for early termination of his supervised release. Dkt. 3. Although he was convicted in the Southern District of Ohio, he was released to this district, he has been supervised here, and jurisdiction over his case has been transferred to this court.

Defendant has so far done well on supervision. He's maintained employment and has not missed any drug tests or had any positive tests.

However, defendant has served only about 16 months of a 60-month term of supervision. The court's usual practice is that it will consider requests for early termination after the defendant has completed one-half of the term of supervision. I see no reason to deviate from that practice here, given that defendant was convicted of a serious drug trafficking offense.

If defendant continues his good conduct and has no violations, he is encouraged to re-apply for early termination after he has served at least two years of his term of supervision.

IT IS ORDERED that defendant's motion for early termination, Dkt. 3, is DENIED.

Entered April 23, 2024.

                              BY THE COURT:

                              /s/

                              JAMES D. PETERSON
                              District Judge