IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.                                                    ORDER

EMANUEL TREJO-GONZALEZ,                                       23-cr-75-jdp

                    Defendant.

---

Defendant Emanuel Trejo-Gonzalez moves again for early termination of his supervised release. Dkt. 5. I denied a similar request last year, suggesting that he re-apply after serving at least two years of his term.

Defendant has now served 28 months on supervised release, almost half his term. He continues to do well. He's complied with his conditions, he's working, and he's doing well in a construction program at Madison Area Technical College.

IT IS ORDERED that defendant's motion for early termination, Dkt. 5, is GRANTED.

Entered May 6, 2025.

                    BY THE COURT:

                    /s/
                    _____
                    JAMES D. PETERSON
                    District Judge